IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-609-MOC-DCK

| MARVIN JAMES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| OMNI CHARLOTTE HOTEL, DAJON LEVERETTE, and STEPHEN WATTS, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) filed by Benjamin P. Fryer, concerning Matthew W. Ray on January 2, 2019. Mr. Matthew W. Ray seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) is **GRANTED.** Mr. Matthew W. Ray is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: January 2, 2019

David C. Keesler
United States Magistrate Judge