# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:18-CV-609-MOC-DCK

| | |
|---|---|
| MARVIN JAMES, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  **ORDER** |
| | ) |
| OMNI CHARLOTTE HOTEL, DAJON | ) |
| LEVERETTE, and STEPHEN WATTS, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by Benjamin P. Fryer, concerning Paula E. Reichenstein on January 2, 2019.  Ms. Paula E. Reichenstein seeks to appear as counsel *pro hac vice* for Defendants.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED**.  Ms. Paula E. Reichenstein is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: January 2, 2019

David C. Keesler
United States Magistrate Judge